## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 95-50035
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE INES CASTRO-FAVELA,

Defendant-Appellant.

---

Appeal from the United States District Court
For the Western District of Texas
(94-CR-152-ALL)

---

(October 17, 1995)

Before POLITZ, Chief Judge, HIGGINBOTHAM and
BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Jose Castro-Favela appeals his conviction for the
importation of heroin into the United States in violation of
21 U.S.C. §§ 952(a) and 960(a)(1).    Castro-Favela's
court-appointed counsel has filed a brief as required by **Anders**

---

[*]Local Rule 47.5 provides:  "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession."  Pursuant to that Rule, the court has determined
that this opinion should not be published.

**v. California**[1] and has moved to withdraw from this case. Castro-Favela has been notified of this action, but has not responded. Having reviewed the counsel's brief and the entire record, and finding no nonfrivolous issue on appeal, we relieve counsel from further responsibilities herein and the appeal is dismissed.[2]

---

[1]386 U.S. 738 (1967).

[2]<u>See</u> Loc.R. 42.2.